IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Allen, Freddie Mae

Printed: 01/29/09

Case Number: 05 B 23385
Judge: Wedoff, Eugene R
Filed: 6/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 12, 2008
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,804.00 |  |
| Secured: |  | 6,003.57 |
| Unsecured: |  | 1,324.03 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 578.40 |
| Other Funds: |  | 4.00 |
| Totals: | 10,804.00 | 10,804.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | HSBC Auto Finance | Secured | 6,003.57 | 6,003.57 |
| 3. | HSBC Auto Finance | Unsecured | 73.35 | 80.27 |
| 4. | Cavalry Portfolio Services | Unsecured | 827.23 | 904.67 |
| 5. | Jefferson Capital | Unsecured | 111.99 | 122.47 |
| 6. | Nicor Gas | Unsecured | 57.65 | 63.05 |
| 7. | SBC | Unsecured | 45.72 | 50.01 |
| 8. | Jefferson Capital | Unsecured | 94.62 | 103.56 |
| 9. | Systems & Services Technologies | Unsecured |  | No Claim Filed |
| 10. | Paramount Management Company | Unsecured |  | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,108.13 | $ 10,221.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 11.37 |
| 5.5% | 152.88 |
| 5% | 41.71 |
| 4.8% | 86.74 |
| 5.4% | 193.52 |
| 6.5% | 83.27 |
| 6.6% | 8.91 |
|  | $ 578.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Allen, Freddie Mae | Case Number:  05 B 23385 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/29/09 | Filed:  6/13/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

